**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>CEDAR FUNDING, INC.,<br><br>          Debtor.<br>_____/<br>LUZ ELENA AGUIRRE, et. al.,<br><br>          Appellant(s),<br>    v.<br><br>R. TODD NEILSON, Chapter 11 Trustee ,<br><br>          Respondent(s).<br>_____/ | NO. 5:11-cv-00233 EJD<br><br>(Appeal from Neilson v. Aguirre (In re Cedar Funding, Inc.), Bankr. N.D. Cal. (San Jose) Case No. 08-52709 CN, Adv. No. 09-05225 CN)<br><br>Adv. Proc. No. 09-05225 CN<br><br>**ORDER REFERRING CASE TO JUDGE RONALD M. WHYTE FOR CONSIDERATION OF RELATED CASE STATUS** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Ronald M. Whyte for a determination as to whether this case is related to Case No. 5:09-cv-04311 RMW, an action currently pending before Judge Whyte.

**IT IS SO ORDERED.**

Dated: August 23, 2011

                                            _____
                                            EDWARD J. DAVILA
                                            United States District Judge

NO. 5:11-cv-00233 EJD
ORDER REFERRING CASE TO JUDGE RONALD M. WHYTE FOR CONSIDERATION OF RELATED CASE STATUS (EJDLC1)

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Vincent Charles Catania vincent@redshift.com
   Robert Edward Clark rclark@friedumspring.com
3  Cecily A. Dumas cdumas@friedumspring.com
   Stefanie Ann Elkins selkins@friedumspring.com
4

5
   **Dated: August 23, 2011**                           **Richard W. Wieking, Clerk**
6

7                                                       **By:   /s/ EJD Chambers**
                                                               **Elizabeth Garcia**
8                                                              **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NO. 5:11-cv-00233 EJD
ORDER REFERRING CASE TO JUDGE RONALD M. WHYTE FOR CONSIDERATION OF RELATED CASE
STATUS (EJDLC1)