UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUZ ELENA AGUIRRE *et al.*,<br><br>    Appellants,<br><br>    v.<br><br>R. TODD NEILSON,<br><br>    Appellee.<br><br>(Appeal from *Neilson v. Aguirre (In re Cedar Funding, Inc.)*, Bankr. N.D. Cal. (San Jose) Case No. 08-52709 CN, Adv. No. 09-05225 CN) | Case No. 5-11cv00233 RMW<br><br>**[] ORDER GRANTING JOINT MOTION TO DISMISS APPEAL**<br><br>Judge: Hon. Ronald M. Whyte |

    The parties having filed a Joint Motion to Dismiss Appeal on terms agreed to, such relief being authorized under Rule 42(b) of the Federal Rules of Appellate Procedure as made applicable by Local Rule 8007-1(d) of the Bankruptcy Court for the Northern District of California, and good cause appearing therefor,

    IT IS HEREBY ORDERED that:

    1.    The Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) of the Bankruptcy Court in Adv. P. No. 09-05225 CN [Bankr. N.D. Cal. ECF No. 58] is VACATED;

    2.    This appeal is DISMISSED; and

    3.    The case is REMANDED to the Bankruptcy Court for further proceedings.

1   The parties are to bear their own costs.
2
3   Dated:    Ugr vgo dgt "47."4234          *Ronald M. Whyte*
                                             RONALD M. WHYTE
4                                            *United States District Judge*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28